No. 425, Misc. DAUGHARTY v. GLADDEN, WARDEN. Supreme Court of Oregon. Certiorari denied.

No. 428, Misc. FATHEREE v. SCHNECKLOTH, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 429, Misc. HENDERSON v. SCHNECKLOTH, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

Nos. 430, Misc., and 476, Misc. SMITH v. SCHNECKLOTH, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 433, Misc. MUSSER v. MYERS, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 437, Misc. ALLEN v. BANNAN, WARDEN. Supreme Court of Michigan. Certiorari denied.

No. 439, Misc. KELLISON v. ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM. Court of Criminal Appeals of Texas. Certiorari denied.

No. 443, Misc. HURLEY v. RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 444, Misc. MORRIS v. FLORIDA ET AL. Supreme Court of Florida. Certiorari denied.

No. 446, Misc. STARYAK v. RAGEN, WARDEN. Circuit Court of Macoupin County, Illinois. Certiorari denied.

No. 447, Misc. MANARO v. RAGEN, WARDEN, ET AL. Circuit Court of Will County, Illinois. Certiorari denied.